*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




# MEMORANDUM OPINION

No. 04-11-00617-CV

Johnny D. **GABRIEL** and Rosalie P. Gabriel,
Appellants

v.

Christopher **CONCHIN** and Tina Conchin,
Appellees

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CV-09-025
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  October 5, 2011

DISMISSED

This is an accelerated appeal from an August 1, 2011 order ruling on an application for a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4). Appellants' notice of appeal was due on August 22, 2011, and the clerk's record and reporter's record were due on September 1, 2011. *See* TEX. R. APP. P. 26.1(b), 35.1(b), 4.1(a). On August 26, 2011, the district clerk filed a notification of late clerk's record stating that appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record, and appellants are not entitled

to appeal without paying the fee. On August 30, 2011, this court ordered appellants to provide written proof of their payment of, or payment arrangements for, the clerk's fee for preparing the clerk's record by September 6, 2011, or this appeal would be dismissed for want of prosecution. Appellants have not responded.[1]  Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).  Costs of the appeal are taxed against appellants.


PER CURIAM

---

[1] Counsel for appellants spoke with a deputy clerk of this court on September 12, 2011, and represented that "something regarding payment for the clerk's record will be filed soon."  To date, nothing regarding payment for the clerk's record has been filed on behalf of the appellants.